**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **RAMEY, LLP f/k/a RAMEY & SCHWALLER, LLP,**<br>        **Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES SMALL BUSINESS ADMINISTRATION; et al.,**<br>        **Defendant** | **Civil Action No. 4:22-cv-03902**<br><br><br>**JURY TRIAL DEMANDED** |

**AMENDED NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Ramey, LLP f/k/a Ramey & Schwaller, LLP in the above-named case, and William P. Ramey, III, hereby appeal to the United States Court of Appeals for the Fifth Circuit from:

- The Court's May 15, 2026 Statement of Reasons for Dismissal (Doc. No. 66) granting Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. No. 45);

- The Oral Orders from Hearing held October 28, 2024 on Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. No. 45); and

- Minute Entry of October 28, 2024 granting Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint with prejudice (Doc. No. 45).

The appropriate fees for this Appeal were previously paid.

Respectfully submitted,

Ramey LLP

/s/ William P. Ramey, III
William P. Ramey, III

1

Texas Bar No. 24027643
446 Heights Blvd., Suite 200
Houston, Texas 77007
(713) 426-3923 (telephone)
wramey@rameyfirm.com

***Attorneys for Ramey, LLP f/k/a Ramey & Schwaller, LLP***

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on the following counsel through the Court's ECF system on May 20, 2026.  Additionally, four (4) copies of this Notice of Appeal have been filed with the Court.

/s/ William P. Ramey, III
William P. Ramey, III

2